**Order filed, December 04, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00951-CR

———————

**EX PARTE BRENT  WAYNE  JUSTICE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1385768**

## ORDER

The reporter's record in this case was due **December 03, 2014**.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Judy Fox**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM